**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | Case No. 1:25-cr-229 |
| Rebecca Marie Schmit, ) | |
| ) | |
| Defendant. ) | |

On or about October 8, 2025, a grand jury returned an indictment in this matter charging Defendant with Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances. (Doc. No. 9). A warrant for Defendant's was subsequently issued. (Doc. No. 4).

On or about November 26, 2025, law enforcement determined that Defendant is currently enrolled in a drug treatment program. Consequently, on November 28, 2025, the United States filed a Motion to Quash Warrant and Issue Summons. (Doc. No. 21). It requests that the court issue a summons for Defendant.

The court **GRANTS** the United States' motion (Doc. No. 21), quashes Defendant's arrest warrant, and directs that a summons for Defendant be issued by the Clerk's office. The court shall schedule Defendant's initial appearance and arraignment in this matter for December 29, 2025, at 10:00 AM before the undersigned by telephone.

**IT IS SO ORDERED.**

Dated this 5th day of December, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court